No. 76–6899. BEARD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–6900. BASSETT *v.* McCARTHY, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 76–6901. RUTHERFORD ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6902. HENDRIX *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–6903. WILSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6904. HIPP *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 76–6905. WELLS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–6906. HAJAL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6908. SMITH *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 76–6909. ROSARIO *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT. Ct. App. N. Y. Certiorari denied.

No. 76–6910. SMALLWOOD *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 76–6911. HARRIS *v.* ZAHRADNICK, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.